**Ralph DISPENNETT, Petitioner–Appellant,**

v.

**David COOK, Superintendent, Oregon State Penitentiary, Respondent–Appellee.**

No. 13–35301.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 7, 2014.

Filed Oct. 24, 2014.

C. Renee Manes, Assistant Federal Public Defender, FPDOR–Federal Public Defender's Office, Portland, OR, for Petitioner–Appellant.

David B. Thompson, Assistant Attorney General, AGOR–Office of the Oregon Attorney General, Salem, OR, for Respondent–Appellee.

Before: KOZINSKI, Chief Judge, and FERNANDEZ and FISHER, Circuit Judges.

ORDER *

This appeal is **DISMISSED** as moot. This order serves as the mandate of the court.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.